## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Richmond, Gillian Y

Printed:  9/23/08

Case Number:  08 B 15891
Judge:  Hollis, Pamela S
Filed:  6/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed: August 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Economy Furniture & Interiors Inc | Secured | 0.00 | 0.00 |
| 2. | ACC Consumer Finance | Secured | 14,656.56 | 0.00 |
| 3. | Commonwealth Edison | Unsecured | 108.82 | 0.00 |
| 4. | Americredit Financial Ser Inc | Unsecured | 1,626.58 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 61.71 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 270.00 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 16.86 | 0.00 |
| 8. | CBCS | Unsecured |  | No Claim Filed |
| 9. | Sprint | Unsecured |  | No Claim Filed |
| 10. | Comcast | Unsecured |  | No Claim Filed |
| 11. | T Mobile USA | Unsecured |  | No Claim Filed |
| 12. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Crossroads Apartments | Unsecured |  | No Claim Filed |
| 15. | Direct Tv | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,740.53 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Richmond, Gillian Y

Printed:  9/23/08

Case Number:  08 B 15891

Judge:  Hollis, Pamela S

Filed:  6/20/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

